UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE NEW YORK TIMES COMPANY and RON NIXON,

            Plaintiffs,

            - against -

UNITED STATES DEPARTMENT OF THE TREASURY,

            Defendant.

No. 09 Civ. 10437 (RJH)

---------------------------------------------------------------X

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; Declaration of David E. McCraw, dated March 1, 2010; and Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; and all prior papers and proceedings in this action and related actions, Plaintiffs shall move this Court at such time and date as set by the Court for an order (i) granting summary judgment; (ii) declaring that the redacted information identifying individual licensees of Defendant's Office of Foreign Assets Control is public under 5 U.S.C. § 552; (iii) ordering Defendant to provide the records with that information to Plaintiffs within 20 business days of the Court's order; (iv) awarding Plaintiffs the costs of this proceeding, including reasonable attorney's fees under 5 U.S.C. § 552(a)(4)(E); and (v) granting such other and further relief as the Court deems just and proper.

#48454v1

By Order of the Court, Defendant's responsive papers are to be served no later than April 19, 2010 and Plaintiffs' reply no later than May 3, 2010.

Dated: New York, NY
March 1, 2010

Respectfully submitted,

David E. McCraw
Jacob Goldstein
Legal Department
The New York Times Company
620 Eighth Ave.
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-1009
Email: mccraw@nytimes.com

Attorneys for Plaintiffs

To:

Joseph N. Cordaro, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the
Southern District of New York
86 Chambers Street
New York, NY 10007

Attorney for Defendant

#48454v1