PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for Defendant*
By: JOSEPH N. CORDARO
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile:  (212) 637-2686
Email: joseph.cordaro@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| THE NEW YORK TIMES COMPANY and RON NIXON, | : : : : : : : : : : : | |
| Plaintiffs, | | 09 Civ. 10437 (FM) ECF Case |
| -against- | | |
| UNITED STATES DEPARTMENT OF THE TREASURY, | | |
| Defendant. | | |

------------------------------------------------------------ x

**DECLARATION OF JOSEPH N. CORDARO IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

I, JOSEPH N. CORDARO, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am the Assistant United States Attorney assigned to handle the above case and am fully familiar with all the facts stated herein.  I make this declaration in opposition to the motion by plaintiffs for summary judgment seeking the release of the identities of certain individuals under the Freedom of Information

Act, 5 U.S.C. § 552 ("FOIA"), and in support of the motion by defendant the United States Department of the Treasury ("Treasury") for summary judgment as to the same information.

2.     Attached hereto as Exhibit A is a true and correct copy of plaintiffs' Complaint in the action *The New York Times Co. & Ron Nixon v. United States Department of the Treasury*, No. 08 Civ. 8341 (PGG) (the "2008 Action").

3.     Attached hereto as Exhibit B is a true and correct copy of sample pages of a spreadsheet provided to plaintiffs during the pendency of the 2008 Action, showing redactions, *inter alia*, in the following fields: **licensee**, **case_licensee**, **case_licensee_name**, **rec_licensee_name**, and **other_licensees**.

4.     Attached hereto as Exhibit C is a true and correct copy of the Stipulation of Settlement and Dismissal in the 2008 Action, entered by the Court on June 22, 2009.

5.     Attached hereto as Exhibit D is a true and correct copy of a letter from Itai Maytal to Marshall Fields, dated July 17, 2009 ("the Administrative Appeal").

6.     Attached hereto as Exhibit E is a true and correct copy of a letter from David S. Cohen to Itai Maytal, dated September 18, 2009, constituting Treasury's denial of plaintiffs' Administrative Appeal.

7.     Attached hereto as Exhibit F is a true and correct copy of plaintiffs' Complaint in the above-captioned action.

8.     Attached hereto as Exhibit G is a true and correct copy of Treasury's Answer in the above-captioned action.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  New York, New York
        April 26, 2010

                                                        s/ Joseph N. Cordaro
                                                        JOSEPH N. CORDARO
                                                        Assistant United States Attorney