SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE NEW YORK TIMES COMPANY and
RON NIXON,

                Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF THE
TREASURY,

                Defendant.
------------------------------------------------------------x

ORIGINAL

09 Civ. 10437 (FM)
~~ECF Case~~



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10

## STIPULATION AND ORDER
## REGARDING STAY OF JUDGMENT

WHEREAS, on October 13, 2010, the Court issued a Decision and Order (the "Decision and Order") in this Freedom of Information Act case granting Plaintiffs' motion for summary judgment and denying Treasury's cross-motion for summary judgment;

WHEREAS judgment was entered in this case on October 14, 2010 (the "Judgment"), ordering Treasury to disclose certain agency records identified in the Decision and Order no later than November 2, 2010;

WHEREAS, by Stipulation and Order dated October 20, 2010, the Court stayed the Judgment through and including November 29, 2010, in order to enable Treasury to consider whether to appeal the Judgment; and

WHEREAS, Treasury requires additional time to consider whether to appeal the Judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Judgment is stayed through and including December 13, 2010. Treasury shall not be required to produce the records specified in the Decision and Order until the expiration of this stay.

2. Nothing in this Stipulation regarding this stay shall preclude Treasury from applying to the District Court and/or the United States Court of Appeals for the Second Circuit for a further stay of the Judgment.

3. The Parties understand and agree that this Stipulation contains the entire agreement between them. No statements, promises, representations, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

4. This stipulation may be executed in counterparts. Facsimile signatures shall constitute originals.

*(The remainder of this page intentionally is left blank)*

Dated: New York, New York  
November ___, 2010

Dated: New York, New York  
November 19, 2010

THE NEW YORK TIMES COMPANY  
LEGAL DEPARTMENT

PREET BHARARA  
United States Attorney for the  
Southern District of New York

By: _____  
DAVID E. McCRAW  
620 8th Avenue, 18th Floor  
New York, New York 10018  
Telephone: (212) 556-4031  
Facsimile: (212) 556-1039  
Email: mccraw@nytimes.com  
*Attorney for Plaintiffs*

By: _____  
JOSEPH N. CORDARO  
Assistant United States Attorney  
86 Chambers Street  
New York, New York 10007  
Telephone: (212) 637-2745  
Facsimile: (212) 637-2686  
Email: joseph.cordaro@usdoj.gov  
*Attorney for the United States*  
*Department of the Treasury*

**SO ORDERED.**

Dated: New York, New York  
November 19, 2010

_____  
THE HONORABLE FRANK MAAS  
United States Magistrate Judge

3